**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-527**

---

In Re: JAMES NEAL GREEN,

Petitioner.

---

On Petition for Writ of Mandamus.
(CA-96-1787-3-19, CR-95-72)

---

Submitted:  March 31, 1997          Decided:  April 29, 1997

---

Before WILKINS, LUTTIG, and MOTZ, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

James Neal Green, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James Neal Green has filed a petition for a writ of mandamus in this court to compel the district court to expedite its consideration of his petition for habeas corpus relief under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997). The granting of a writ of mandamus is a drastic remedy which should only be used in extraordinary situations. In re Beard, 811 F.2d 818, 826 (4th Cir. 1987). Petitioner must show that he has a clear right to the relief sought, that the respondent has a clear duty to perform the act requested by petitioner, and that there is no other adequate remedy available. In re First Fed. Sav. & Loan Ass'n of Durham, 860 F.2d 135, 138 (4th Cir. 1988). Green has failed to make the requisite showing for such extraordinary relief. Our review of the district court record discloses there has been no unnecessary delay in considering Green's habeas petition. We therefore deny his petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED